**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.** _____

Robin Grennan**, Plaintiff,**

**v.**

Creditors Financial Group, LLC**, Defendant.**

## COMPLAINT

### PARTIES

1. Plaintiff Robin Grennan is a citizen of Washington who presently resides at the following address: 2017 Roosevelt Ave, Enumclaw, WA 98022.

2. Defendant Creditors Financial Group, LLC is a citizen of Colorado who is located at the following address: 3131 S Vaughn Way, Suite 110, Aurora, CO 80014.

### JURISDICTION

3. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692.  Venue is proper because Defendant resides in this judicial district under 28 U.S.C. § 1391.

### BRIEF FACTUAL BACKGROUND

4. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. Plaintiff incurred a "debt" as defined by 15 U.S.C. §1692a(5).

6. At the time of the communications referenced herein, Defendant either owned the debt or was retained by the owner to collect the debt.

7. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

8. Plaintiff filed this claim within the timeframe permitted under the FDCPA.

9. On or around January 8, 2009, Defendant telephoned Plaintiff at Plaintiff's place of employment.

10. During this communication, Plaintiff notified Defendant that Plaintiff's employer prohibits Defendant's telephone calls at Plaintiff's place of employment and/or that Defendant's telephone calls to Plaintiff's place of employment were inconvenient for Plaintiff.

11. During this communication, Plaintiff provided Defendant with an alternative telephone number.

12. Despite Plaintiff's notice, Defendant telephoned Plaintiff at Plaintiff's place of employment on or around January 15, 2009.

13. During this communication, Defendant threatened to contact Plaintiff's boss if Plaintiff did not pay the balance of the debt.

14. During this communication, Defendant threatened to place a lien on Plaintiff's property if Plaintiff did not pay the balance of the debt.

15. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

16. Defendant violated the FDCPA.

## FIRST CLAIM FOR RELIEF

### Violation of the Fair Debt Collection Practices Act

17. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

18. Defendant violated 15 U.S.C. §1692c by calling Plaintiff at Plaintiff's place of employment after Defendant knew or had reason to know that Plaintiff's employer prohibited Plaintiff from receiving Defendant's phone calls.

## SECOND CLAIM FOR RELIEF

### Violation of the Fair Debt Collection Practices Act

19. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

20. Defendant violated 15 U.S.C. §1692c by calling Plaintiff at a time and/or place known to be inconvenient for Plaintiff.

## THIRD CLAIM FOR RELIEF

### Violation of the Fair Debt Collection Practices Act

21. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

22. Defendant violated 15 U.S.C. §1692e in that it falsely represented the character, amount, and/or legal status of the debt.

## FOURTH CLAIM FOR RELIEF

### Violation of the Fair Debt Collection Practices Act

23. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

24. Defendant violated 15 U.S.C. §1692e in that it threatened action that could not legally be taken and/or that was not intended to be taken.

## FIFTH CLAIM FOR RELIEF

### Violation of the Fair Debt Collection Practices Act

25. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

26. Defendant violated 15 U.S.C. §1692e by making misrepresentations during its communications with Plaintiff.

## SIXTH CLAIM FOR RELIEF

### Violation of the Fair Debt Collection Practices Act

27. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

28. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect the debt.

## JURY DEMAND

29. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

30. Plaintiff prays for the following relief:

   a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b. For such other legal and/or equitable relief as the Court deems appropriate.


RESPECTFULLY SUBMITTED,

MACEY & ALEMAN

By: */s/ Richard J. Meier*
Richard J. Meier
233 South Wacker Drive, Suite 5150
Chicago, IL 60606
Tel: 1.866.339.1156
Fax: 1.312.822.1064
rjm@legalhelpers.com
*Attorney for Plaintiff*